# Attachment 1



**AUNTIE LITTER, INC.©**
1776 Independence Court, Suite 304 • Birmingham, Alabama 35216
Phone (205) 879-3009 • Fax (205) 879-3049 • E-mail: AuntieLitter@aol.com

June 1, 2006

Ms. Sue Ellen Wooldridge
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
950 Pennsylvania Avenue NW
Room 2143
Washington, DC 20530

Dear Ms. Wooldridge:

    This letter is provided as a public comment regarding the proposed Consent Decree between the United States (Plaintiff), the Alabama Environmental Council, Inc. (Plaintiff-Intervenor) and Alabama Power Company (Defendant).

    The Board of Directors of Auntie Litter, Inc., a non-profit environmental education organization based in Birmingham, Alabama, supports the proposed Consent Decree in general. We believe the terms of the decree are favorable to the environment and to the future air quality in the Alabama Power Company service area. The actions called for in the Decree will benefit all citizens of the Alabama Power service area by reducing source pollution.

    However, The Board of Directors of Auntie Litter, Inc. proposes one modification to the proposed Decree. Specifically, we propose modification of **Section X. <u>Civil Penalty</u>**. This section provides that Alabama Power Company pay to the United States a civil penalty in the amount of $100,000. We propose modification of the Decree to provide that all or a portion of the amount of the civil penalty be set aside to provide for support of clean air education activities. Even beyond the reduction or elimination of specific pollution sources, education of the public in the need for affirmative steps on the part of individuals to reduce air pollution is necessary if we are to achieve the goal of improved air quality.

    Since 1998, Auntie Litter, Inc. has served the Birmingham area as an Education Partner of the Alabama Partners for Clean Air for the Voluntary Ozone Emissions Reduction Action Program for the Birmingham Nonattainment Area. Each year, our organization has created and implemented innovative programs for air quality for school children in Jefferson and Shelby Counties. Through live presentations, educational materials, music, videos, and public service announcements, we have helped children and their families understand the causes of air pollution, how it affects their health, and what they actively can do to reduce and eliminate these serious problems.

Recently, the U.S. Environmental Protection Agency (EPA) designated five counties in Alabama as "nonattainment," meaning they fail to comply with the new national air quality standard for fine particle pollution $PM_{2.5}$ or they contribute to an adjacent county's noncompliance. Fine particle pollution can aggravate heart and lung diseases and has been associated with a variety of serious health problems, including heart attacks, chronic bronchitis and asthma attacks. Unlike ground-level ozone, which typically reaches unhealthy levels only on summer afternoons, particle pollution can be a day-long problem and can occur any time of the year. Coal-fired power plants and motor vehicles (cars, trucks, SUVs, etc.) are the primary sources of particle pollution.

The EPA has listed five counties in Alabama that do not meet their standards: Jefferson, Shelby, Russell, and portions of Walker and Jackson. EPA also listed two additional Alabama counties – Dekalb and Etowah – as "unclassifiable," meaning there is not enough data available to determine whether those counties comply with the standard. As the boundaries of the nonattainment areas continue to expand in Alabama, our organization is positioned to educate the residents about these threats to their health.

If the proposed Consent Decree is modified to provide additional funding for the Auntie Litter, Inc. educational program (see attached description), the training and educational efforts can be extended to more children and to a wider area. This proposed modification will result in a significant and continuing improvement in air quality for the citizens of Alabama and will further the goals otherwise achieved by the Consent Decree.

Please review the attached materials. If there is any additional information required to describe the educational program this modification would support, I can provide that information to you.

Thank you for your attention to this matter.

Sincerely,

Pat Mitchell
Executive Director


Attachments